MLM:JHK/JPL
F. #2007R01968

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

BRYANT NEAL VINAS,
    also known as "Ibrahim,"

             Defendant.

- - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§
956(a)(1) and 3551 et
seq.)

THE GRAND JURY CHARGES:

       On or about and between June 1, 2007 and November 14,
2008, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendant BRYANT
NEAL VINAS, also known as "Ibrahim," together with others, within
the jurisdiction of the United States, did knowingly and
intentionally conspire to commit one or more acts outside the
United States that would constitute the offenses of murder and
maiming if committed in the special maritime and territorial
jurisdiction of the United States, and one or more of the

2

conspirators did commit an act within the jurisdiction of the United States to effect an object of the conspiracy.

(Title 18, United States Code, Sections 956(a)(1) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1.  Title of Case: _United States v. Bryant Neal Vinas_

2.  Related Magistrate Docket Number(s) _____

    None ( )

3.  Arrest Date: _N/A_

4.  Nature of offense(s):   (Felony)
                            Misdemeanor

5.  Related Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
    Local E.D.N.Y. Division of Business Rules): _N/A_

6.  Projected Length of Trial:   Less than 6 weeks   ( )
                                 More than 6 weeks   ( )

7.  County in which crime was allegedly committed: _Queens_
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment/information been ordered sealed?   (✓) Yes  ( ) No

9.  Have arrest warrants been ordered?   (✓) Yes  ( ) No

10. Is there a capital count included in the indictment?   ( ) Yes   (✓) No

                            BENTON CAMPBELL
                            UNITED STATES ATTORNEY

                    By: _____

                            Assistant U.S. Attorney
                            (718) 254- 7520

Rev. 3/22/01