1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF NEW YORK
2
     - - - - - - - - - - - - - X
3
        UNITED STATES OF AMERICA,    :    08-CR-823 (NGG)
4
                                     :
5                                    :
            -against-                :    United States Courthouse
6                                    :    Brooklyn, New York
                                     :
7                                    :
                                     :    January 28, 2009
8       JOHN DOE,                    :    4:30 p.m.
                                     :
9            Defendant.              :
                                     :
10   - - - - - - - - - - - - - X

11   TRANSCRIPT OF CRIMINAL CAUSE FOR MOTION TO CLOSE COURTROOM
              BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
12                UNITED STATES DISTRICT JUDGE

13                   A P P E A R A N C E S :

14   For the Government: BENTON J. CAMPBELL, ESQ.
                         United States Attorney
15                       Eastern District of New York
                         271 Cadman Plaza East
16                       Brooklyn, New York 11201
                    BY:  JAMES LOONAM, ESQ.
17                       JEFFREY KNOX, ESQ.
                         Assistant United States Attorney
18

19   For the Defendant:  FEDERAL DEFENDERS OF NEW YORK
                         16 Court Street
20                       3rd Floor
                         Brooklyn, New York 11241
21                  BY:  LEN KAMDANG, ESQ.

22
     Court Reporter:     Marie Foley, RPR, CRR
23                       Official Court Reporter
                         Telephone: (718) 613-2596
24                       Facsimile: (718) 613-2648
                         E-mail: Marie_Foley@nyed.uscourts.gov
25   Proceedings recorded by computerized stenography.  Transcript
     produced by Computer-aided Transcription.

1              (Open court.)

2              COURTROOM DEPUTY: All rise.

3              (Judge Garaufis takes the bench.)

4              COURTROOM DEPUTY: Criminal cause for a motion.

5              Counsel, please state your appearances.

6              MR. LOONAM: James Loonam and Jeff Knox for the

7    United States. Good afternoon, your Honor.

8              THE COURT: Good afternoon.

9              MR. KAMDANG: Good afternoon. Len Kamdang on behalf

10   of Bryant Vinas who should be on his way in from the back.

11             THE COURT: We have to deal with the motion first.

12             MR. LOONAM: Yes, your Honor. The Government moves

13   to close the courtroom.

14             The Government has complied with the procedures set

15   forth by the Second Circuit in the United States v. Alcantara.

16   We submitted papers under seal to your Honor on this issue.

17             We would note that the motion to close the

18   courtroom, this hearing, was listed on today's daily court

19   calendar which was published to the public yesterday, and the

20   hearing on the motion was also noted on the docket sheet.

21             We would note that there's compelling government

22   interests in closing the courtroom, and that compelling

23   government interest would be prejudiced if the courtroom were

24   not closed, that there's no reasonable alternative to the

25   closing the courtroom, and that the compelling interests of

                    Marie Foley, RPR, CRR
                    Official Court Reporter

1   the Government outweighs the qualified First Amendment right

2   that exists to public access to this proceeding.

3       Therefore, the Government requests that your Honor

4   enter the proposed order which the Government submits is

5   narrowly tailored to protect the compelling government

6   interest that exists in this case.

7       MR. KAMDANG:  We join in the Government's motion.

8       THE COURT:  All right.  The Court has reviewed the

9   submission of the United States of America seeking an order to

10  close the courtroom and compliance with the procedures set

11  forth in the United States versus Alcantara, 396 F.3d. 189,

12  Second Circuit 2005.  Having reviewed the Government's

13  submission and held a public hearing on the motion at which

14  the parties and any intervenors have been provided an

15  opportunity to be heard, based on the submissions of the

16  parties, the Court makes the following findings:

17      One, there is a substantial probability that a

18  public guilty plea would prejudice a compelling interest of

19  the Government in the integrity of significant government

20  activities entitled to confidentiality, including ongoing

21  investigations of serious and violent crimes.

22      Second, there is a substantial probability that a

23  public guilty plea would prejudice a compelling interest of

24  the Government in gathering information of potential

25  importance to protect the national security.

1    Third, no reasonable alternatives to closure of the

2    courtroom exist that can adequately protect the compelling

3    interests that would be prejudiced by a public proceeding

4    identified by the Government and identified above.

5    Fourth, the prejudice to the compelling interests

6    identified by the Government overrides the public's and the

7    media's qualified First Amendment right to access the guilty

8    plea.

9    Therefore, the motion to close the courtroom during

10   the guilty plea is granted, and the closure of the courtroom

11   is going to be narrowly tailored by requiring the Government,

12   with advance notice to the defendant, to disclose the

13   transcript as required by the Supreme Court case law and Rule

14   16 of the Federal Rules of Criminal Procedure, and 18 U.S.C.

15   3500.

16   MR. KAMDANG:   Your Honor, just to make the record

17   complete, we do waive my client's presence for the purposes of

18   this motion.

19   THE COURT:   All right.

20   I'm going to sign an order to that effect which also

21   sets forth unsealing requirements for the transcript and

22   indicates that the amending of the public docket to reflect

23   the occurrence of the hearing on the motion to close the

24   courtroom, the disposition of the motion, and the fact of the

25   courtroom closure.

1          You can make your application to seal the transcript

2    of the guilty plea at the end.

3          MR. LOONAM:  Yes, your Honor.

4          THE COURT:  I'm going to need your representation

5    that everyone in the courtroom currently is authorized to be

6    here either in addition to the U.S. marshals, who we know.

7    The others who are here are with you, and they're engaged in

8    the investigation.  Is that it?

9          MR. LOONAM:  Correct, your Honor.  Everyone in the

10   courtroom is either with the Government or with the Federal

11   Defenders office.

12         MR. KAMDANG:  That's correct, your Honor.

13         THE COURT:  Very well.

14         (At this time, the courtroom was closed and sealed.)

15

16

17

18

19

20

21

22

23

24

25