JHK:JPL:CHB
F.# 2007R01968

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                        U N S E A L I N G
                                        A P P L I C A T I O N

JOHN DOE,                         08-CR-823 (NGG)

            Defendant.

- - - - - - - - - - - - - - - - - -X

        The government respectfully moves to unseal the (1) indictment filed on November 14, 2008; (2) superseding information filed on January 28, 2009; (3) minutes of the proceedings to close the courtroom in connection with the defendant's arraignment on November 22, 2008; (4) minutes of the defendant's arraignment on November 22, 2008; and (5) minutes of the proceedings to close the courtroom on January 28, 2009. The government further requests that the caption be re-titled <u>United States v. Bryant Neal Vinas</u>.

                                              BENTON J. CAMPBELL
                                              UNITED STATES ATTORNEY
                                              EASTERN DISTRICT OF NEW YORK

                              By:   */s/ Carter H. Burwell*
                                        Carter H. Burwell
                                        Assistant U.S. Attorney
                                        (718) 254-6313

Dated:    July 22, 2009
            Brooklyn, New York