JHK:JPL:CHB
F.# 2007R01968

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

BRYANT NEAL VINAS,

           Defendant.

- - - - - - - - - - - - - - - - - -X

U N S E A L I N G
A P P L I C A T I O N

08-CR-823 (NGG)

        The government respectfully requests that the Court unseal the following documents in the above-referenced case: the limited unsealing order (Docket Entry #2); the government's cover letter enclosing the motion to close the courtroom (Docket Entry #3); the order granting the motion to close the courtroom (Docket Entry #5); the order of detention (Docket Entry #6); the minute entry for the defendant's arraignment (Docket Entry #7); the government's cover letter enclosing the government's motion to close the courtroom (a portion of Docket Entry #8); the government's proposed order related to the government's motion to close the courtroom (a portion of Docket Entry #8); the order of excludable delay (Docket Entry #18); the certification letter (Docket Entry #9); and the waiver of indictment (Docket Entry #11).

The government further requests that the Court permit the government to unseal and publicly file the minutes of the defendant's guilty plea.

The government further requests that the Court permit the Clerk of Court to clarify the information related to specific docket entries in the public docket sheet.

Dated:   July 23, 2009
         Brooklyn, New York

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
    Carter H. Burwell
    Assistant U.S. Attorney
    (718) 254-6313

SO ORDERED.

Dated:   July 23, 2009
         Brooklyn, New York

_____
THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK