AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| _____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____.

Date: _____                                    *Steve Zissou*
                                                                      *Attorney's signature*

                                                                      _____
                                                                      *Printed name and bar number*

                                                                      _____
                                                                      *Address*

                                                                      _____
                                                                      *E-mail address*

                                                                      _____
                                                                      *Telephone number*

                                                                      _____
                                                                      *FAX number*