UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

      -against-                                    NOTICE OF APPEARANCE

BRYANT NEAL VINAS,                    08 Cr. 823 (NGG)

                Defendant.
----------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Enter my appearance as co-counsel in this case for

      Bryant Neal Vinas.

      I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         April 16, 2012

                                                        MICHAEL K. BACHRACH, ESQ.
                                                        (Fed.#: MKB-4798)
                                                        276 Fifth Avenue, Suite 501
                                                        New York, N.Y. 10001
                                                        Tel. (212) 929-0592
                                                        Fax. (866) 328-1630
                                                        michael@mbachlaw.com