```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

      -against-                           08-CR-823 (NGG)

BRYANT NEAL VINAS,

           Defendant.

- - - - - - - - - - - - - - - - -X
```

**NOTICE OF APPEARANCE**

　　　　PLEASE TAKE NOTICE that Assistant United States Attorney Zainab Ahmad from this point forward will be added as counsel in the above-captioned matter.

　　　　All future correspondence to the United States in the above-captioned matter should be sent to:

　　　　Assistant U.S. Attorney Zainab Ahmad
　　　　United States Attorney's Office (Criminal Division)
　　　　271 Cadman Plaza East, 2d Floor
　　　　Tel: (718) 254-6522
　　　　Fax: (718) 254-6320
　　　　Email: zainab.ahmad@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Zainab Ahmad at the email address set forth above.

Dated:   Brooklyn, New York
         July 21, 2015

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney


                               By:  /s/_____
                                    Zainab Ahmad
                                    Assistant U.S. Attorney

cc:  Clerk of the Court (NGG)