

U.S. Department of Justice

United States Attorney
Eastern District of New York

RMT
F.#2007R01968

271 Cadman Plaza East
Brooklyn, New York 11201

January 20, 2017

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Bryant Neal Vinas
              Criminal Docket No. 08-823 (NGG) (S-1)

Dear Judge Garaufis:

        The government respectfully submits this letter to request an extension until Friday, January 27, 2017 to file its sentencing submissions in this matter. Defense counsel have graciously consented to this request.

                            Respectfully submitted,

                            ROBERT L. CAPERS
                            United States Attorney

                By:   /s/_____
                          Richard M. Tucker
                          Assistant U.S. Attorney
                          (718) 254-6204

cc: Clerk of Court (NGG) (via ECF)