

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK
F.#2007R01968

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 24, 2017

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Bryant Neal Vinas
             Criminal Docket No. 08-823 (NGG) (S-1)

Dear Judge Garaufis:

      The government and the defendant have agreed to the attached Stipulation and Order governing certain unclassified material related to sentencing in the above-referenced matter. Pursuant to Federal Rule of Criminal Procedure 16(d), the government respectfully requests that the Court "so order" the attached Stipulation and Order and enter the fully executed Stipulation and Order on the docket.

                      Respectfully submitted,

                      ROBERT L. CAPERS
                      United States Attorney

            By:    /s/ David K. Kessler
                      Richard M. Tucker
                      David K. Kessler
                      Assistant U.S. Attorneys
                      (718) 254-6204/7202

cc: Defense Counsel (by ECF)