

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMT
F.#2007R01968

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 27, 2017

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Bryant Neal Vinas
            Criminal Docket No. 08-823 (NGG) (S-1)

Dear Judge Garaufis:

      The government respectfully submits this letter to request an extension until Friday, February 3, 2017 to file its sentencing submissions in this matter. This request for further extension is made jointly with defense counsel to allow the parties to conduct further internal discussions prior to the government making its submission to the Court.

      Respectfully submitted,

      ROBERT L. CAPERS
      United States Attorney

By:  /s/
      Richard M. Tucker
      Assistant U.S. Attorney
      (718) 254-6204

cc: Clerk of Court (NGG) (via ECF)

*Application granted.*
*So ordered.*

/s Nicholas G. Garaufis
1/27/17