LAW OFFICE OF

MICHAEL K. BACHRACH

276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *                                                                                   http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.                                                 michael@mbachlaw.com

March 23, 2017

<u>By ECF</u>

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

                               *Re: United States v. Bryant Neal Vinas,*
                               *08 Cr. 823 (NGG)*

**NOTICE OF CIPA FILING**

To the Clerk of the Court and All Parties of Record:

       Please be advised that that a presumptively classified letter was served by hand today through the Classified Information Security Officer ("CISO") pursuant to the Classified Information Procedures Act ("CIPA").

                                           Respectfully submitted,

                                           /S/

                                           Michael K. Bachrach
                                           Steve Zissou
                                           *Attorneys for Defendant Bryant Neal Vinas*

cc:     All parties of record (by ECF)