

U.S. Department of Justice

United States Attorney
Eastern District of New York

RMT
F.#2007R01968

271 Cadman Plaza East
Brooklyn, New York 11201

April 3, 2017

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Bryant Neal Vinas
             Criminal Docket No. 08-823 (NGG) (S-1)

Dear Judge Garaufis:

      The government respectfully submits this letter to memorialize that on this date the government provided cleared defense counsel with a classified response to their classified letter of March 23, 2017.  A copy of the government's response was also provided to the Court.

      Respectfully submitted,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:    /s/
      Richard M. Tucker
      David K. Kessler
      Assistant U.S. Attorneys
      (718) 254-6204/7202

cc:    Clerk of the Court (NGG) (by ECF)
        Defense Counsel (by ECF)