

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD:RMT/DKK
F.#2007R01968

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 13, 2017

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Bryant Neal Vinas
                Criminal Docket No. 08-823 (NGG) (S-1)

Dear Judge Garaufis:

        The government writes at the Court's direction and in response to the defendant's April 13, 2017 application to convert the upcoming sentencing to a "CIPA conference." Having conferred with defense counsel to better understand the defendant's request and the "outstanding issue" referenced in the defense application, the government now understands that defense counsel seek a classified status conference at which they could ask the Court whether the Court wishes for the defense sentencing submission to address classified information that currently has been provided to the Court but not defense counsel. While the government has already worked diligently to provide the Court and the defense with extensive information to assist the Court in determining an appropriate sentence in this matter, the government obviously has no objection to

counsel making such an inquiry of the Court and defers to the Court on how defense counsel should make that inquiry.

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By: \_\_\_/s/_____
Richard M. Tucker
David K. Kessler
Assistant U.S. Attorneys
(718) 254-6204/7202

cc: Steven Zissou, Esq. and Michael K. Bachrach, Esq. (by ECF)