UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

BRYANT NEAL VINAS,

                             Defendant.
----------------------------------------------------------------------X

**ORDER**
**08-CR-823 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

On April 20, 2017, non-party John Riley, a reporter for Newsday, wrote to the court requesting unsealing of: (1) "materials submitted along with" the Government's April 3, 2017, letter to the court (Court Ex. 2 (Dkt. 57)); and (2) the "sealed letter" referenced on page 8 of the Defendant's April 20, 2017, letter (Court Ex. 1 (Dkt. 56)).

The Government and the Defendant are ORDERED to file separate responses to the motions to unseal by no later than May 4, 2017. The Government and the Defense are further ORDERED to mail a copy of their responses to Riley at the following address:

                            John Riley
                            c/o Newsday
                            235 Pinelawn Road
                            Melville, NY 11747

The Clerk of Court is respectfully DIRECTED to mail a copy of this Order to non-party John Riley at the address listed above.

    SO ORDERED.

                                                                    s/Nicholas G. Garaufis

Dated: Brooklyn, New York
         April 27, 2017
                                                NICHOLAS G. GARAUFIS
                                                United States District Judge