1 APRIL 2002

MEMORANDUM THRU: PVT VINAS, BRYANT, ████████ Company D, 2nd Battalion, 39th Infantry regiment, 4th Basic Combat Training Brigade, Fort Jackson, SC 29207

FOR Commander, Company D, 2nd Battalion, 39th Infantry Regiment, 4th Basic Combat Training Brigade, Fort Jackson, SC 29207

SUBJECT: Proposed Separation Action UP AR 635-200, Chapter 11, Entry Level Status Performance and Conduct

I hereby acknowledge receipt of Notification of the Recommendation for Separation under the provisions of AR 635-200, Chapter 11.

*Bryant Vinas*

VINAS, BRYANT
PVT, USA
████████

Data Required by the Privacy Act of 1974
(5 USC 552a)

AUTHORITY: Section 301, Title 5 USC and Section 3013, Title 10, USC.

PURPOSE: Information provided is used by processing activities and the approval authority to determine if the member meets the requirements for recommended separation action.

ROUTINE USES: Upon completion of processing actions, the statement is filed in the OMPF. So long as filed in the OMPF, this personal information may be used by other appropriate Federal agencies and State and local government authorities where the use of the information is compatible with the purpose for which the information is collected. Release of any information from this form is subject to the restrictions of 42 USC 290ee-3; 42 USC 290dd-3; and 42 Code of Federal Regulations, Part 2. Under these statutes and regulations, disclosure of information that would identify the client as an abuser of alcohol or other drugs is authorized within the Armed Forces or to those components of the Veterans Administration furnishing health care to veterans. AR 600-85 further limits disclosure within the Armed Forces to those individuals having an official need to know (for example, the physician or the client's unit commander). All other disclosures require the written consent of the client except disclosures (1) to medical personnel outside the Armed Forces to the extent necessary to meet a bona fide medical emergency; (2) to qualified personnel conducting scientific research, management for financial audits, or program evaluation; or (3) upon the order of a court of competent jurisdiction. Submission of a statement for consideration is voluntary. If a statement is not submitted, the Army will determine separation or retention based on the available information.

## ELECTION OF RIGHTS

Having been advised by me of the basis for the contemplated separation and its effects, the rights available, and the effect of a waiver of those rights, the respondent personally made the choices indicated in the foregoing statement.

Date: 3 - April - 02

_____, JA

Defense Counsel

(Also to be signed by the soldier if the soldier waives counsel.)

Before completing this format, I have been afforded the opportunity to consult with appointed counsel for consultation; or military counsel of my own choice, if he or she is reasonably available; or civilian counsel at my own expense. I decline the opportunity.

*Bryant Vinas*

BRYANT VINAS
PVT, USA

**DEPARTMENT OF THE ARMY**
**Headquarters, 2nd Battalion, 39th Infantry Regiment**
**Fort Jackson, South Carolina 29207**

2 APRIL 2002

MEMORANDUM THRU: <u>PVT VINAS, BRYANT</u>                    D Company, 2nd Battalion,
    39th Infantry Regiment, 4th Basic Combat Training Brigade Fort Jackson, SC
    29207

FOR Commander, Company D, 2nd Battalion, 39th Infantry Regiment, 4th Basic
    Combat Training Brigade, Fort Jackson, South Carolina 29207

1. I have been advised of the basis for the contemplated action to separate me for Entry
Level Status Performance and Conduct, under AR 635-200, Chapter 11, and its effects; of
the rights available to me; and the effect of any action taken by me in waiving my rights.

2. Having been given the opportunity to consult with counsel, I (do) (do not) desire to
consult with military counsel and/or civilian counsel at no expense to the Government.

3. Statements in my own behalf (are) (are not) submitted herewith.

4. I (do) (do not) request copies of the documents to be sent to the separation authority
supporting the proposed separation.

5. I understand that I may, up until the date the separation authority orders, directs, or
approves my separation, withdraw the waiver of any of the above rights and request that
an administrative separation board (if authorized) hear my case.

6. I understand that, it the recommendation for separation is approved, I will receive an
entry level separation with an uncharacterized discharge. Further, I understand that I will
not be permitted to apply for reenlistment in the United States Army for a period of two
years after discharge.

7. I have retained a copy of this statement and all enclosures.

                                        *Bryant Vinas*

                                        VINAS, BRYANT
                                        PVT, USA

2





ATZJ-C-L-D                                                      2 APRIL 2002

MEMORANDUM THRU Commander, 2nd Battalion, 39th Infantry Regiment, 4th
Basic Combat Training Brigade, Fort Jackson, SC 29207

FOR Commander, USATC & FJ, ATTN: ATZJ-AG-T, Fort Jackson, SC 29207

SUBJECT: Proposed Separation Action UP AR 635-200, Chapter 11, Entry Level Status
Performance and Conduct

1. Under the provisions of AR 635-200, Chapter 11, I recommend that PVT VINAS,
   BRYANT N, 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, Company D, 2nd Battalion, 39th Infantry Regiment, 4th
   Basic Combat Training Brigade, be separated from the United States Army for
   adjustment disorder.

2. Pertinent information:

   a. Name/Grade/SSN: VINAS, BRYANT N./PVT/

   b. Date of birth: 82-

   c. Date of enlistment:

   d. Length of term for which enlisted: years

   e. Record of prior service, if any: N/A

   f. Aptitude area scores and DM08: See Enclosures

   g. Record of counseling: See Enclosures

   h. Description of rehabilitation attempts. If none, state none: None

   i. Record of disciplinary action including non-judicial punishment (include
      offenses, findings and sentence): None

   j. Favorable communications or recommendations for the soldier: None

ATZJ-C-L-D
SUBJECT: Proposed Separation Action UP AR 635-200, Chapter 11, Entry Level Status
Performance and Conduct

      k.  Other pertinent information:  None

3.  DA Form 4856-R and applicable statements by support agencies (chaplain,
mental hygiene) (are) (are not) included for your review.

4.  I do not consider it feasible or appropriate to accomplish disposition other than
separation from the United States Army.

5.  Enclosed please find the memorandums of notification and acknowledgment.

Encls

GORDON, JOCZIK
CPT, TC
Commanding

DEPARTMENT OF THE ARMY
Company D, 2d Battalion, 39th Infantry Regiment
4th Training Brigade
Fort Jackson, SC 29207

ATZJ-C-L-D (635-200a)                                          02 Apr 02

MEMORANDUM FOR  PVT VINAS, BRYANT ██████████
                Company D, 2d Battalion, 39th Infantry Regiment, 4th
                Training Brigade, Fort Jackson, SC 29207

SUBJECT: Proposed Separation Action UP AR 635-200, Chapter 11, Entry Level
Status Performance and Conduct

1. Under the provisions of AR 635-200, Chapter 11, I am initiating action to discharge
you from the United States Army.  The reason for my proposed action is your Failure
to Adapt to the Military Environment.

2. The final decision in your case rests with the separation authority.  If approved, you
will receive an entry level separation with an uncharacterized discharge.  Furthermore,
you will not be permitted to reenlist in the United States Army for a period of two years
from the date of your separation, and then only with an approved waiver.

3. Under the provisions of AR 635-200 paragraph 2-2 you have the following rights:

    a. You have the right to consult with consulting military counsel and/or civilian
counsel at no expense to the Government.

    b. You have the right to submit statements in your own behalf.

    c. You have the right to obtain copies of documents that will be sent to the
separation authority supporting the proposed separation.

    d. You are entitled to a hearing before an administrative board if you have six or
more years of active and reserve military service at the time of separation.

4. You may waive the rights listed above in paragraphs 3a-d in writing and you may
withdraw any such waiver at any time prior to the date the separation authority orders,
directs, or approves your separation.

5. If entitled to have your case heard before an administrative board, you may submit

ATZJ-C-L-D

SUBJECT: Proposed Separation Action UP AR 635-200, Chapter 11, Entry Level Status Performance and Conduct

a conditional waiver of that right.

6. A medical examination is not required unless you are an enlisted woman who became pregnant during training.

7. Execute the enclosed endorsement to this memorandum and return it to me. Any statements you desire to submit in your behalf must reach me no later than two duty days from your receipt of this memorandum unless you request and receive in writing from me an extension for good cause shown.

GORDON N. JOCZIK
CPT, TC
Commanding

3 Encls
1. General Counseling Form
2. Personal Data Sheet
3. Statement by soldier

2





**DEPARTMENT OF THE ARMY**
Headquarters, 2ⁿᵈ Battalion, 39ᵗʰ Infantry Regiment
Fort Jackson, South Carolina 29207

ATZJ-C-L-I                                                          4 April 2002

MEMORANDUM THRU Commander, 2ⁿᵈ Battalion, 39ᵗʰ Infantry Regiment,
Fort Jackson, South Carolina 29207

FOR Commander, USATC&FJ, ATTN: ATZJ-AG-T, Fort Jackson,
South Carolina 29207

SUBJECT: Proposed Separation Action UP AR 635-200, Chapter 11, Entry Level Status
Performance and Conduct

1. The recommendation for Separation of PVT **VINAS, BRYANT** ███████
D Company, 2ⁿᵈ Battalion 39ᵗʰ Infantry Regiment, 4ᵗʰ Basic Combat Training Brigade,
AR 635-200 Chapter 11 has been reviewed and is approved with issuance of an –Un-
characterized Discharge.

2. Records applicable to this case are enclosed for the individual's permanent record.

CRAIG L CURREY
LTC, IN
Commanding

## PERSONNEL DATA

The Army Privacy Program, AR 340-21, requires that the following information be disclosed to each individual requested to supply personnel data. AUTHORITY FOR THE REQUEST: 10 United States Code, Section 3012(g). PURPOSE: To provide Unit Commanders, First Sergeants, and Drill Sergeants with information on individuals in order to assist the trainee in personal problems, training and necessary reports to the Commanding General. USE: Same as purpose. VOLUNTARY DISCLOSURE: Disclosure of any information requested is stictly voluntary. FAILURE TO PROVIDE: Could hinder in solving training and personal problems.

COMPANY Delta Company 2/39  PLATOON First Platoon 1st Platoon

NAME Viñas, Bryant N.  GRADE E-1  SSN

DOR 2002 Mar 24  RACE Hispanic  HEIGHT 56  WEIGHT 161

BLOOD TYPE  AGE 19  COLOR EYES Dck Br.  COLOR HAIR Dck. Br.  MARITAL STATUS Single

NR DEPENDENTS 0  RELIGION No Prefence  DOB  PLACE OF BIRTH Queens, New York

IF ALIEN WHAT COUNTRY  US CITIZEN Yes  BODY MARKS small scars.

HOME ADDRESS ▮▮▮▮▮▮
(Street Number or route)  (City)  (State)

HOME PHONE ▮▮▮▮▮▮ EXT OF KIN Juan G. Viñas - Father
(Name and Relationship)

▮▮▮▮▮▮
(Street Number or route)  (City)  (State)

CIVILIAN OCCUPATION Forklift Driver  COLLEGE ATTENDED

DEGREE  GED  HIGH SCHOOL Yes  YEARS EDUCATION 12

BASD 2002 21 03  BPED 2004 2003  ETS  MOS 77 Fox

COMP Regular Army  PRIOR SERVICE  COMBAT ARMS: YES OR NO

SPECIAL SKILLS (ie. typing, drawing, athletics, etc.) Baseball, Forklift driver,

HAVE YOU EVER BEEN ARRESTED FOR/OR CONVICTED OF A CRIME? IF YES EXPLAIN

DO YOU HAVE ANY PERSONAL PROBLEMS THAT YOU FEEL SHOULD BE BROUGHT TO THE ATTENTION OF THE COMPANY COMMANDER? IF YES, GIVE A BRIEF SUMMARY

SAVINGS BOND  DO YOU HAVE A CLASS Q ALLOTMENT FOR YOUR SPOUSE?

SPECIAL INTEREST (Sports/Hobbies, etc.) Baseball  DO YOU HAVE A MILITARY

DRIVERS LICENSE: YES OR NO  EXPIRATION DATE  DO YOU HAVE SERVICE MENS GROUP

LIFE INSURANCE: YES OR NO (AMOUNT) No  WERE YOU ISSUED A MARKMANSHIP BADGE:

YES OR NO (WHAT TYPE)  WHERE DID YOU TAKE BASIC TRAINING

Delta Company 2/39
(Unit & Post)  HAVE YOU EVER RECEIVED AN ARTICLE 15 OR

COURTS-MARTIAL: YES OR NO, IF YES GIVE REASON

WERE YOU ISSUED A NAME TAG (Class A)  WHAT WAS YOUR LAST DUTY STATION

HIGHEST AWARD

FJ FORM 21
1 June 87

(THIS FORM WILL NOT BE REVISED, REPRINTED OR DISCONTINUED WITHOUT WRITTEN APPROVAL OF THE FORMS MANAGEMENT OFFICER).

DO YOU HAVE ID CARD AND ID TAG Yes _____ GT SCORE 67 Aust COUNTRY LAST ASSIGNED &
BDROS_____ MONTH AND YEAR SCORE AND MOS LAST TESTED
_____ SECURITY CLEARANCE_____

LAST UNIT: _____
DATES AWARDED: PMOS_____ SMOS_____ AMOS_____ DMOS_____ POSN _____
PARA_____ LINE_____ TERM OF CURRENT ENL 2 years _____ PULHES_____
BRB_____ CURRENTLY RECEIVING VRB: YES OR NO_____
ACCRUED LEAVE _____ AS OF_____ SPECIAL LANGUAGE APTITUDE
(Spanish, German, Swahili, etc.)_____ Spanish. _____
SMOS_____ AIMOS_____ DMOS_____ PRO PAY_____
LAST DROS_____ LAST OA&TS_____
AWARDS _____ DATE AWARDED_____
_____ _____
_____ _____

IS THIS YOUR FIRST TIME AWAY FROM HOME: YES OR NO WHAT IS THE LONGEST PERIOD OF TIME
YOU HAVE BEEN AWAY FROM HOME 6 weeks .
DO YOU HAVE A GUARANTEE FOR YOUR MOS (JOB): YES OR NO No _____ AND/OR STATION:
YES OR NO _____ WHAT IS YOUR GUARANTEED JOB: MOS_____ GUARANTEED STATION
_____ DID YOU ENLIST UNDER THE STRIPES FOR SKILL PROGRAM:
YES OR NO No DID YOU ENLIST UNDER THE DELAYED ENTRY PROGRAM: YES OR NO No
IF SO, WHAT WAS THE DATE OF YROU ENLISTMENT:_____

WRITE A SHORT AUTOBIOGRAPHY. YOU MAY INCLUDE FAMILY BACKGROUND, HOBBIES, REASONS

# DEVELOPMENTAL COUNSELING FORM

For use of this form, see FM 22-100; the proponent agency is TRADOC

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army and E.O. 9397 (SSN)

**PRINCIPAL PURPOSE:** To assist leaders in conducting and recording counseling data pertaining to subordinates.

**ROUTINE USES:** For subordinate leader development IAW FM 22-100. Leaders should use this form as necessary.

**DISCLOSURE:** Disclosure is voluntary.

## PART I - ADMINISTRATIVE DATA

| Name (Last, First, MI) VINAS, BRYANT | Rank/Grade E1 | ███████ | Date of Counseling 2 APRIL 2002 |
|---|---|---|---|
| Organization D Co. 2/39 Inf. Regt., Fort Jackson, SC 29207 1st Platoon | | Name and Title of Counselor KLEMOWSKI, MICHAEL C. 1st PLT SGT | |

## PART II - BACKGROUND INFORMATION

Purpose of Counseling: *(Leader states the reason for the counseling, e.g., performance/professional growth or event-oriented counseling, and includes the leader's facts and observations prior to the counseling.)*

## PART III - SUMMARY OF COUNSELING

Complete this section during or immediately subsequent to counseling.

## OTHER INSTRUCTIONS

This form will be destroyed upon: reassignment *(other than rehabilitative transfers)*, separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

**DA FORM 4856, JUN 1999**   EDITION OF JUN 85 IS OBSOLETE   USAPA V1.00

**Plan of Action:** *(Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below).)*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Session Closing:** *(The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees/disagrees and provides remarks if appropriate.)*

Individual counseled: [☒] I agree [ ] disagree with the information above.

Individual counseled remarks:

Signature of Individual Counseled: *Bryant Viñas*          Date: 2 - April - 02

**Leader Responsibilities:** *(Leader's responsibilities in implementing the plan of action.)*

1. Referred to the Company Commander ▮▮▮▮▮▮▮▮

2. Submit Chapter 11 packet on soldier

Signature of Counselor: *(signature)*          Date: 2-APL-02

**PART IV - ASSESSMENT OF THE PLAN OF ACTION**

**Assessment:** *(Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provid* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Counselor: *(signature)*   Individual Counseled: *Bryant Viñas*   Date of Assessment: 2 Apr 02

**Note: Both the counselor and the individual counseled should retain a record of the counseling.**

*REVERSE, DA FORM 4856, JUN 1999*                    USAPA V1.00

**SOLDIER'S QUESTIONNAIRE**
**FOR**

CHAPTER 11/EPTS

1. I agree/disagree with the separation/retention because  I truly feel that
(circle and initial one)
leaving the military will be beneficial to my health.

2. If you had no medical disabilities, would you have remained in the United States Army
Explain?

[REDACTED]

3. If you recover from your medical disability between the next six months to two years, would
you consider returning to the United States Army? Explain.
No I wouldn't consider rejoining the army due to
the fact that I will probably be in another career
by then, after I recooperate.

4. What positive/negative aspects did you learn about yourself or the military while being
stationed here at Fort Jackson?
I have learned that no matter how well you are
in the army, you still have to pay the price for
someone else's mistakes. I strongly disagree with
mass punishment.

# SOLDIER'S STATEMENT

NAME **Bryant Viñas**          DELTA 2/39   DATE: 2 - April - 02
   (PRINT)

## STATEMENT

I, Bryant Viñas, have been told that I will recieve a Chapter 11. I understand that I will be leaving the Army. I personally would like to to thank this place for making me appreciate civilian life even more I have no grudges against my superiors. I actually think they are good people but take thier job on a very professional level. I will not miss this place. Only the friends I made here.

*Bryant Viñas*

Ensure soldier's signature appear at the end of the statement.  Use additional sheets if necessary

# UNIT CLEARANCE RECORD

For use of this form, see AR 608-8-101; the proponent agency is ODCSPER

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** Section 301, Title 5, USC.

**PRINCIPAL PURPOSE:** To ensure personnel readiness prior to PCS. To complete clearance verification prior to transition from active duty, separation, or retirement.

**ROUTINE USES:** To close out installation personnel and finance records. To ensure debt to government or government sponsored agencies is identified and action taken to obtain remittance prior to soldier's transition from Active duty, separation or retirement. Forms will not be disclosed outside Department of Defense (DoD) and DoD sponsored agencies.

**DISCLOSURE:** Disclosure is voluntary; however, failure to complete these forms may result in only partial payment of final pay.

INSTRUCTIONS TO SOLDIER: This out-processing packet is designed to assist you and the installation in completing your final clearance as accurately and expeditiously as possible. It is your responsibility to properly complete this checklist. If you are separating or retiring from the Active Army, failure to complete this checklist correctly and entirely will result in you receiving 55 percent of your final pay pending verification by DFAS of any outstanding debts. Activities marked with an @ require clearance for all personnel separating or retiring from the Active Army, to include AGR personnel. Activities marked with an asterisk (*) require clearance for personnel departing on PCS. Activities not marked will be cleared per installation instructions. This checklist must be completed prior to your final finance appointment. Separation payments will not be released until installation clearance is completed.

TO: UNIT COMMANDER, BN S1, PAC SUPERVISOR: This soldier is scheduled to PCS or transition, separate or retire from the Active Army. In order to ensure proper installation clearance and properly compute the soldier's final leave and pay entitlements, we require your assistance. Complete items below identifying actions within the last 60 days prior to the soldier's separation or retirement date. Items marked with an @ are required for all soldiers transitioning, separating, or retiring from the Active Army. Items marked with an asterisk (*) are required for soldiers PCSing. This information must be provided, confirmed and hand-carried by the soldier or appointed representative to the Military Pay Station and the Out-Processing Control Station for final processing. Failure to provide this information will cause the withholding of 45 percent of the soldier's final pay at transition, separation or retirement, pending Defense Finance and Accounting System (DFAS) final verification of outstanding transactions.

## SECTION A - PERSONAL DATA *(To be completed by commander, S1, out-processing control station, or appointed official)*

| 1. NAME VINAS, BRYANT | 2. RANK PVT | 3. SSN | 4. ORDERS NO. |
|---|---|---|---|
| 5. GAINING UNIT | 6. LOSING UNIT D 2/39 IN | | 7. DATE OF ORDERS |

**8. REASON FOR CLEARING**

☐ PCS  ☐ ETS  ☐ RETIREMENT  ☐ OTHER (Specify) _____

**9. DEPARTURE DATE**

## SECTION B - DEBT VERIFICATIONS

| 10. DUTY STATUS@ | 10a. TYPE OF ABSENCE | 10b. LOG NUMBER OR ORDER NUMBER | 10c. START DATE | 10d. RETURN DATE |
|---|---|---|---|---|
| INDICATE ALL LEAVES, TDY, HOSPITALIZATION, FIELD DUTY, LOST TIME, AWOL, AND CONFINEMENT WITHIN 60 DAYS PRIOR TO ISSUANCE OF CLEARANCE FORMS. | | | | |
| | | | | |
| | | | | |
| | | | | |

DA FORM 137-1-R, APR 97        REPLACES DA FORMS 137-R (DEC 92), 137-1-R (TEST), OCT 95, 137-2-R (TEST), OCT 95,        USAPPC V1.00

| 11. | 11a. LOCATION DOCUMENT | 11b. BALANCE | 11c. T | 11d. BALANCE | 11e. COMPLETION DATE |
|---|---|---|---|---|---|
| All that have occurred within the 60 days prior to issuance of DA FORM 137-R series. INCLUDE: UCMJ, Court Martial, Admin. Reductions, and Administrative Discharges | | | | | |

| PROPERTY ACCOUNTABILITY@ | 12a. STATEMENT OF CHANGES ☐ 12e. REPORT OF SURVEY ☐ | 12b. DATE OF SOURCE DOCUMENT | 12c. AMOUNT | 12d. DISPOSITION |
|---|---|---|---|---|

| 13. SPECIAL PAYS@* | MARK ALL THAT APPLY: ☐ SDAP ☐ FLPP ☐ JUMP ☐ DEIP ☐ SEA ☐ DEMOLITION ☐ FLIGHT ☐ OTHER _____ |
|---|---|

## SECTION C - UNIT / BATTALION CLEARANCES@*

| 14. **BN S1/Unit Commander** VERIFYING OFFICIAL | 14a. TYPE OR PRINT NAME | 14b. SIGNATURE | | 14c. DATE |
|---|---|---|---|---|
| EVALUATIONS | MEAL CARD | PROFILE | | |
| DUTY ROSTER | MAIL ROOM | | | |
| DA FORM 31 | FLAGGED | | | |

| 15. **BN S2/3/Unit Commander** VERIFYING OFFICIAL | 15a. TYPE OR PRINT NAME | 15b. SIGNATURE | | 15c. DATE |
|---|---|---|---|---|
| SECURITY DEBRIEFING | ANTI-TERRORISM BRIEFING | TRAINING ROOM | TRAINING RECORD | |

| 16. **BN S4/Unit Commander** VERIFYING OFFICIAL | 16a. TYPE OR PRINT NAME | 16b. SIGNATURE | | 16c. DATE |
|---|---|---|---|---|
| MOTOR POOL | NBC ROOM | | | |
| SUPPLY ROOM | ARMS ROOM | | | |

| 17. OTHER | 17a. TYPE OR PRINT NAME | 17b. SIGNATURE | 17c. DATE |
|---|---|---|---|
| CAREER COUNSELOR | | | |
| | | | |

| 18. NAME OF SOLDIER | 18a. SIGNATURE | 18b. DATE |
|---|---|---|

| 19. **NAME OF COMMANDER/S1** AUTHENTICATING OFFICIAL | 19a. SIGNATURE | 19b. DATE |
|---|---|---|

*DA FORM 137-1-R, APR 97, (Back)*

USAPPC V1.00

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID



# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME *(Last, First, Middle)* | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| VINAS, BRYANT NEAL | ARMY/RA | |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH *(YYYYMMDD)* | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| PV1 | E1 | 1982 | Year 0000 Month 00 Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY *(City and state, or complete address if known)* |
|---|---|
| BROOKLYN, NY | PATCHOGUE, NY 11772 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| CO D 2BN 39INF TR TC | FT JACKSON, SC 29207-5000 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | None |
|---|---|---|
| NA | Amount: $ 10,000.00 | |

| 11. PRIMARY SPECIALTY *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)* | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| NONE//NOTHING FOLLOWS | a. Date entered AD This Period | 2002 | 03 | 21 |
| | b. Separation Date This Period | 2002 | 04 | 11 |
| | c. Net Active Service This Period | 0000 | 00 | 21 |
| | d. Total Prior Active Service | 0000 | 00 | 00 |
| | e. Total Prior Inactive Service | 0000 | 00 | 00 |
| | f. Foreign Service | 0000 | 00 | 00 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 2002 | 03 | 21 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)* |
|---|
| NONE//NOTHING FOLLOWS |

| 14. MILITARY EDUCATION *(Course title, number of weeks and month and year completed)* |
|---|
| NONE//NOTHING FOLLOWS |

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | | | | | NONE |

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | NA Yes | NA No |
|---|---|---|

**18. REMARKS**
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20020312-20020320//MEMBER HAS NOT COMPLETED FIRST FULL TERM OF SERVICE //NOTHING FOLLOWS

| 19.a MAILING ADDRESS AFTER SEPARATION *(include Zip Code)* | 19.b NEAREST RELATIVE *(Name and address - include Zip Code)* JUAN G VINAS |
|---|---|
| PATCHOGUE, NY 11772 | PATCHOGUE, NY 11772 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO NY DIR OF VET. AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title and signature)* |
|---|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED *Bryant Vinas* | | | CARLENE PINCKNEY, SSG, DISCHARGE NCOIC |

**SPECIAL ADDITIONAL INFORMATION** *(For use by authorized agencies only)*

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE *(include upgrades)* |
|---|---|
| DISCHARGE | UNCHARACTERIZED |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 11 | JGA | 3 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| ENTRY LEVEL PERFORMANCE AND CONDUCT |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | Initials |

DD Form 214-AUTOMATED, NOV 88    Previous editions are obsolete.    SERVICE - 2

DEPARTMENT OF THE ARMY
HEADQUARTERS, UNITED STATES ARMY TRAINING CENTER AND FORT JACKSON
FORT JACKSON, SOUTH CAROLINA 29207-6430

ORDERS 098-1305                                              08 April 2002

VINAS, BRYANT NEAL███████████ PV1 CO D 2BN 39INF TR (W0G49D) FT JACKSON SC
29207

You are reassigned to the U.S. Army transition point shown for transition
processing. After processing, you are discharged from the Component shown. If
you are delayed in reporting to the transition point, you still must report to
the transition point as soon as possible or as authorized to receive a new
effective date of discharge.

Assigned to: US ARMY TRANSITION POINT (WOU61A) FORT JACKSON SC 29207-6430
Reporting date: 10 April 2002
Component: RA
Date of discharge unless changed or rescinded: 11 April 2002
Additional instructions: a. Percentage of Disability: NONE   b. You are
    authorized movement of your personal property at Government Expense. You
    should have in your possession a completed DA Form 137-1-R and 137-2-R when
    reporting to the installation's outprocessing center located in the Thurmond
    Building, Room 1054. Forms will be obtained from your servicing
    S-1/Personnel Administration Center (pac).   c. Unearned portions of
    enlistment or reenlistment bonuses will be determined by the FAO.77B00

FOR ARMY USE
Auth: AR 635-200
HOR: PATCHOGUE NY US
Place EAD or OAD: NEW YORK NY US
MDC: 7BE2

Format: 501

FOR THE COMMANDER:

```
*****************************************
*          OFFICIAL                     *
*        HQS, USATC&FJ                  *
*      FT JACKSON, SC 29207             *
*****************************************
```
ROBERT D. YOUMANS
DIRECTOR, HUMAN RESOURCES

DISTRIBUTION:
PV1 VINAS (15)
Cdr CO D 2BN 39INF TR (3)
I PLUS
Trne/Act (15)
DPT, Sec Div (1)
Indiv Unit (SIDPERS Clerk) (1)
PSSP Det (Security Clearance) (1)
Strength Mgt (1)

TRAVEL ELECTION
Service member elected a T/A or EMPW :
Travel. Member WILL NOT receive a monetary
travel allowance.

TRAVEL CATEGORY
    ____ "A" (Cat A-travel authorized)
    ✓ "B" (Least expensive means)
VALIDATION
SIGNATURE        CB

