

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMT/DKK
F.#2007R01968

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 4, 2017

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Bryant Neal Vinas
       Criminal Docket No. 08-823 (NGG) (S-1)

Dear Judge Garaufis:

    The government respectfully submits this letter in response to the Court's April 27, 2017 order that the government respond to John Riley's requests to unseal certain records related to the defendant's discharge from the military (see Dkt. No. 57) and to unseal a "sealed letter" submitted by the defendant (see Dkt. No. 56).

    With respect to the records related to the defendant's discharge, submitted under seal on April 6, 2017 (see Dkt. No. 51), the government has conferred with defense counsel and understands that defense counsel intends to submit a proposed redacted version of those records for filing on the public docket. The government has reviewed the proposed redactions and does not object to the defendant's request.

    With respect to the "sealed letter" submitted by the defendant, that letter was submitted pursuant to the Classified Information Procedures Act and is presumptively classified. The government understands that the letter is currently undergoing classification review. The government does not object to the unsealing of the letter, or any portions of the letter, that are determined to be unclassified as a result of that review. The government also notes that the transcript for the sealed proceeding that took place on April 20, 2017, has undergone

classification review and was determined largely to be unclassified, and the government does not object to the unclassified portions of that transcript being unsealed.

                Respectfully submitted,

                BRIDGET M. ROHDE
                Acting United States Attorney

By:    /s/
                Richard M. Tucker
                David K. Kessler
                Assistant U.S. Attorneys
                (718) 254-6204/7202

cc:  John Riley (by ECF and by certified mail)
     Steven Zissou, Esq. and Michael K. Bachrach, Esq. (by ECF)